IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John O. Linder, ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 09-298 |
| Dollar Tree, ) | |
| Defendant. ) | |

ORDER OF APPOINTMENT OF COUNSEL FOR ADR ONLY

AND NOW, this ___4th day of __August_, 2010_, the Court determining that counsel should be appointed from the Court's *pro bono* panel for the limited purpose of assisting in the resolution of this case through ___the ADR Process___,

IT IS HEREBY ORDERED, that __Roger Taft__ is appointed counsel for __John Linder__, *pro se* litigant(s), for the limited purpose of the ADR session in the above-captioned matter.

IT IS FURTHER ORDERED that this appointment shall expire at the conclusion of the ADR session, unless *pro bono* counsel and *pro se* litigant(s) otherwise agree and provide this Court with written notice.

S/Sean J. McLaughlin
_____
United States District Judge